# Court of Appeals
# of the State of Georgia

ATLANTA, October 16, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0410. KENNETH C. MCCOWAN v. THE STATE.**

In 2003, Kenneth C. McCowan was convicted of rape and aggravated sodomy, and sentenced to life imprisonment plus 20 years. The trial court denied his motion for new trial, and we affirmed his convictions in an unpublished opinion. *McCowan v. State*, Case No. A06A0528 (decided May 19, 2006). On April 12, 2017, McCowan filed an extraordinary motion for new trial, which the trial court denied. He then filed this direct appeal. We, however, lack jurisdiction.

An order denying an extraordinary motion for new trial must be appealed by application for discretionary appeal. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). McCowan's failure to follow the proper appellate procedure deprives us of jurisdiction to consider his direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 10/16/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*